```
JOSEPH SCHLESINGER, #87692
Acting Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE MARIN-VALENZUELA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-CR-0333 LJO |
| Plaintiff, | STIPULATION **ADVANCING** STATUS CONFERENCE FOR A CHANGE OF PLEA; ORDER THEREON |
| v. | |
| JOSE MARIN-VALENZUELA, | |
| Defendant. | Date: February 19, 2013<br>Time: 8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Megan A.S. Richards, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Jose Marin-Valenzuela, that the status conference currently set for February 25, 2013 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe, **may be advanced and rescheduled to February 19, 2013, at 8:30 a.m for a change of plea hearing before Hon. Lawrence J. O'Neill.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea February 19, 2013.

///

///

///

|   |   |   |
|---|---|---|
| | | BENJAMIN B. WAGNER<br>United States Attorney |
| | Dated: February 6, 2013 | */s/* Megan A.S. Richards<br>MEGAN A.S. RICHARDS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | JOSEPH SCHLESINGER<br>Acting Federal Defender |
| | Dated: February 6, 2013 | /s/ Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSE MARIN-VALENZUELA |

## ORDER

IT IS SO ORDERED.

**Dated:    February 7, 2013**        /s/  Lawrence J. O'Neill
                    UNITED STATES DISTRICT JUDGE