ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-mail: anthony@capozzilawoffices.com

Attorney for Defendant,
JOSE MARIN-VALENZUELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00333-LJO |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| JOSE MARIN-VALENZUELA, | Date: April 8, 2013<br>Time: 8:30 a.m.<br>Hon. Lawrence J. O'Neill |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 8, 2013, at 8:30 a.m.

2. By this stipulation, defendant now moves to continue the sentencing until **May 13, 2013, at 8:30 a.m.** and to exclude time between April 8, 2013, and May 13, 2013, under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Plea negotiations are ongoing, however the parties

1 need additional time and believe that, based on the
2 posture at this point, the matter will resolve. Plea
3 agreements have not been finalized thus additional time is
4 needed to consult with the clients and the government
5 regarding the ongoing plea negotiations and conduct any
6 further investigation that may arise as the result of the
7 negotiations.
8     b. Counsel for defendants believe that failure to
9 grant the above-requested continuance would deny him/her
10 the reasonable time necessary for effective preparation
11 and resolution, taking into account the exercise of due
12 diligence.
13     c. The government does not object to the continuance.
14     d. Based on the above-stated findings, the ends of
15 justice served by continuing the case as requested
16 outweigh the interest of the public and the defendant in a
17 trial within the original date prescribed by the Speedy
18 Trial Act.
19     e. For the purpose of computing time under the Speedy
20 Trial Act, 18 U.S.C. § 3161, et seq., within which trial
21 must commence, the time period of April 8, 2013, to May
22 13, 2013, inclusive, is deemed excludable pursuant to 18
23 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a
24 continuance granted by the Court at defendant's request on
25 the basis of the Court's finding that the ends of justice
26 served by taking such action outweigh the best interest of
27 the public and the defendant in a speedy trial.
28 4. Nothing in this stipulation and order shall preclude a

finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 3, 2013

/s/ Megan A. S. Richards
Assistant United States Attorney

Dated: April 3, 2013

/s/ Anthony P. Capozzi
Anthony P. Capozzi
Attorney for
JOSE MARIN-VALENZUELA

## ORDER

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from April 8, 2013, to, and including, May 13, 2013, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**IT IS ORDERED** that the Sentencing currently scheduled on April 8, 2013, at 8:30 a.m. is continued to **May 13, 2013, at 8:30 a.m.**

Lawrence J. O'Neill

IT IS SO ORDERED.

Dated: __**April 4, 2013**__     /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE